# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-60222
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
November 17, 2023

Lyle W. Cayce
Clerk

Akecheta A. Morningstar, Ph.D.,

*Plaintiff—Appellant*,

*versus*

American International Group,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:23-CV-26

_____

Before Clement, Engelhardt, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Akecheta A. Morningstar, Ph.D., seeks leave to proceed in forma pauperis (IFP) on appeal. He argues that he is financially eligible and that the district court erred in dismissing his complaint for failure to state a nonfrivolous claim and in denying his motion for leave to proceed IFP on appeal. Because Morningstar has not demonstrated that he will raise a

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-60222

nonfrivolous issue on appeal, his motion to proceed IFP is DENIED. *See* Fed. R. App. P. 24(a); *Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997). Because the appeal is frivolous, it is DISMISSED. *See Baugh*, 117 F.3d at 202 n.24; 5th Cir. R. 42.2. Morningstar's motions to vacate the district court's order dismissing his complaint and to recuse certain judges of this court are DENIED.